United States District Court

Plaintiff  Eastern District of Louisiana

Tiffany Hicks

vs

Defendant Name

New Orleans Country Club

15-2591
SECT. C  MAG. 4

I am filing charges for retaliation, discrimination and harrassement against the New Orleans Country Club.

The new orleans Country Club failed to train employees and teach the laws concerning sexual harrassment in workforce. I was continously harrassment by my immediate supervisor by the name of Yul Mitchell. I was also called racial slurs by another employee.

___ Fee _____
___ Process ___
X   Dktd _____
___ CtRmDep ___
___ Doc. No. __

I am asking for relief for emotional distress, hectic work environment, loss of interest in life, loss of benefits

I am also asking for relief for unwanted sexual advances, touching and racial slurs. I was repeatedly harrassed and have had emotional and mental stress from job. I am demanding 100,000 dollars to be paid for distress.

Date 7/14/2015

Tiffany Hicks
P.O. Box 54363
New Orleans, LA 70154
(504) 452-7994